IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| LEWIS MITCHELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:17-CV-380-WKW |
| | ) | [WO] |
| WARDEN HENLINE OF ECJ, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

On July 27, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 22.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 22) is ADOPTED.

(2) Plaintiff's Motion to Dismiss Defendant Officer Monardy (Doc. # 20) is GRANTED.

(3) Plaintiff's action against Defendant Officer Monardy is DISMISSED with prejudice, and the Clerk of the Court is DIRECTED to terminate Monardy as a defendant in this action.

(4) This action with respect to the remaining Defendants is REFERRED back to the Magistrate Judge.

DONE this 2nd day of October, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE